# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-60409
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
January 16, 2014

Lyle W. Cayce
Clerk

JOHN OKELLO OBIERO,

Petitioner

v.

ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A096 683 875

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Kenyan citizen John Okello Obiero petitions for review of the decision of the Board of Immigration Appeals (BIA) denying his motion for reconsideration and reopening following the denial of his motion for a continuance in his removal proceeding to allow for the consideration of a petition for an alien filed by his wife on his behalf.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-60409

Obiero contends that the BIA's decision denying a continuance was erroneous in numerous respects. He raises no specific issues as to the evidence presented in support of his motion to reopen. He does not argue that the BIA erred by denying the motion for reconsideration on the basis that he raised issues that already had been raised or could have been raised in his previous administrative appeal. Obiero is represented by counsel, and his brief is not entitled to liberal construction. *See Woodfox v. Cain*, 609 F.3d 774, 792 (5th Cir. 2010). He has failed to brief the relevant issues for this court's consideration as to the motion for reconsideration or reopening.

PETITION FOR REVIEW DENIED.